GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC, a Delaware Limited Liability Company

THE BARRY LAW FIRM
11845 W. Olympic Blvd, Suite 1270
Los Angeles, California 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Electronic Service: eserviceFCA@mylemonrights.com

Attorney: DAVID N. BARRY, SBN: 219230

Attorney for Plaintiff TALINA ORNELAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALINA ORNELAS, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No: 2:24-cv-04793-PA-BFM<br>Dist. Judge: Percy Anderson<br>Mag. Judge: Brianna Fuller Mircheff<br>Courtroom: 9A<br><br>**ORDER** |

　　The Court, having received the Stipulation to Remand, hereby orders this matter remanded to State Court.

　　　　　　　　　　　　　　　　IT IS SO ORDERED

　　　　　　　　　　　　Dated　June 11, 2024

　　　　　　　　　　　　_____
　　　　　　　　　　　　United States District Judge